**DISMISS; and Opinion Filed May 12, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01357-CR
### No. 05-13-01358-CR

## JOSHUA DAVID RANKINS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F09-21072-Q, F12-57382-Q

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Lang-Miers

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved

the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED**

and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

131357F.U05